# IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | |
|---|---|
| HU CHUN LIANG,<br><br>　　　　Plaintiff,<br>　v.<br>DANIEL BARA, HEPHAESTUS FOUNDATION AG, OLYMPUS DAO, AND JOHN DOE DEFENDANTS 1-5,<br><br>　　　　Defendants. | Case No. 3:22-cv-00541-JCH<br><br>Hon. Janet C. Hall<br><br>June 3, 2022 |

## **DECLARATATION**

I, **DANIEL BARA**, hereby declare:

1. I am a named defendant in this action and submit this declaration in support of Defendants' motion to dismiss.

2. I am not a citizen of the United States. I am a citizen of Argentina.

I declare under penalty of perjury under the laws of the State of Connecticut that the foregoing is true and correct.

Executed this 3 day of June, 2022

*Daniel Bara*
—C47D3EB36436474...
Daniel Bara