## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| **HU CHUN LIANG,** | : | **CIVIL ACTION NO.:** |
| **Plaintiff,** | : | **3:22-cv-541-JCH** |
| v. | : | |
| **DANIEL BARA, HEPHAESTUS FOUNDATION AG, OLYMPUS DAO, and JOHN DOE DEFENDANTS 1-5,** | : | |
| **Defendants.** | : | **July 27, 2022** |

## NOTICE OF DISMISSAL WITHOUT PREJUDICE

Plaintiff, through his undersigned counsel, hereby gives notice that the above-captioned action is dismissed, without prejudice, against all Defendants, pursuant to Rule 4l(a) of the Federal Rules of Civil Procedure. Plaintiff intends to pursue his claims against the Defendants in the Connecticut Superior Court.

Respectfully submitted,

**THE PLAINTIFF,**

By: /s/ *Joseph B. Evans*
Joseph B. Evans *(pro hac vice)*
**McDermott Will & Emery LLP**
1 Vanderbilt Avenue
New York, NY 10017
(212) 547-5400
jbevans@mwe.com

Aaron J. Brogan *(pro hac vice)*
Jennifer Levengood *(pro hac vice)*
**MCDERMOTT WILL & EMERY LLP**
1 Vanderbilt Avenue
New York, NY  10017
(212) 547-5400
*jbevans@mwe.com*
*abrogan@mwe.com*
*jlevengood@mwe.com*

Ethen Levin-Epstein
**GARRISON, LEVIN-EPSTEIN,
        FITZGERALD & PIRROTTI, P.C.**
405 Orange Street
New Haven, CT  06511
Tel.: (203) 777-4425 | Fax: (203) 776-3965
*elevin-epstein@garrisonlaw.com*

*Attorneys for the Plaintiff Hu Chun Liang*

## **CERTIFICATION**

I HEREBY CERTIFY that on this  27th  day of July, 2022, a copy of the foregoing **Notice of Dismissal Without Prejudice** was filed electronically.  Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system.  Parties may access this filing through the Court's system.

/s/     *Joseph B. Evans*
Joseph B. Evans